UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MANUEL CHAVEZ, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                                                                 **Docket No.: 25-cv-00411-SIL**

                  Plaintiff,

        -against-

JOHN MCGOWAN & SONS OF SEA CLIFF, INC.,
d/b/a JOHN MCGOWAN & SONS, and JOHN
MCGOWAN & SONS OF N.Y., INC., d/b/a
JOHN MCGOWAN & SONS, and JOHN MCGOWAN
& SONS, INC., d/b/a JOHN MCGOWAN & SONS, and
JAMES MCGOWAN, individually, and JOHN J.
MCGOWAN III, individually,

                  Defendants.
-----------------------------------------------------------------------X

## **SCHEDULING ORDER**

**DEADLINES & COURT APPEARANCES**

Exchange of Rule 26(a)(1) disclosures: May 23, 2025.

Motion/Stipulation for Conditional Certification: June 25, 2025.

Service of first interrogatories and document demands: August 15, 2025.

Responses to first interrogatories and document demands: September 15, 2025.

Motions to join new parties or amend the pleadings: September 22, 2025.

Status conference in courtroom 820: TBD by Court.

Completion of depositions: October 17, 2025.

Service of post-deposition demands: October 31, 2025.

Responses to post-deposition demands: December 1, 2025.

Motion for class certification: January 9, 2026.

Identification of case-in-chief experts and service of Rule 26 disclosures: January 23, 2026.

Identification of rebuttal experts and service of Rule 26 disclosures: February 13, 2026.

Commencement of summary judgment motion practice: February 20, 2026.

Pretrial conference in courtroom 820: TBD by Court.


          **SO ORDERED:**
          <u>**/s/ STEVEN I. LOCKE**</u>
           **Steven I. Locke, USMJ on 5/28/25**